**Order entered October 25, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01012-CV

**PEARL ENERGY INVESTMENT MANAGEMENT, LLC,
PEARL ENERGY INVESTMENTS, L.P., WILLIAM QUINN,
AND AVAD ENERGY PARTNERS, LLC, Appellants**

**V.**

**GRAVITAS RESOURCES CORPORATION AND ALAN PINTO, Appellees**

**On Appeal from the 191st Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-18-03007**

## ORDER

Before the Court is appellees' October 24, 2018 unopposed motion for an extension of time to file a brief and to exceed the word limit. Appellees explain in their motion that they will file a single brief responding to both the brief filed by appellants Pearl Energy Investment Management, LLC, Pearl Energy Investments, L.P., and William Quinn and the brief filed by appellant Avad Energy Partners, LLC. We **GRANT** the motion. Appellees shall file, by **December 3, 2018**, a single brief with a word limit not to exceed 20,000 words.

/s/     ADA BROWN
          JUSTICE